USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CR 00-00029 |
| DEFENDANT | TYPE OF PROCESS |
| KWOK KWUN LEE | SERVICE OF DEPO SUBPOENA |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Wong Sook Lan Lee
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Saipan, MP

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

United States Attorney's Office, Financial Litigation Unit
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

FILED
Clerk
District Court
APR 1 1 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

See attached for information purpose only. Not to be filed with the Court.

Signature of Attorney other Originator requesting service on behalf of:   ☒ PLAINTIFF   ☐ DEFENDANT
Jessica F. Cruz, Assistant U.S. Attorney
TELEPHONE NUMBER: 671-472-7332
DATE: 3/7/08

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 073 | District to Serve No. 005 | Signature of Authorized USMS Deputy or Clerk | Date 3/12/08 |
|---|---|---|---|---|---|
| | 1 | | | | |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Kwok Kwon Lee

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
Saipan Money Exchange
Plumeria Ave, Garapan Village

Date: 04/08/08   Time: 4:10 ☒ pm

Signature of U.S. Marshal or Deputy
W. M. Calvert

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | $0.00 |

REMARKS: * Place of business

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

## Issued by the
# UNITED STATES DISTRICT COURT

| | |
|---|---|
| | DISTRICT OF  THE NORTHERN MARIANA ISLANDS |
| UNITED STATES OF AMERICA<br>V.<br>KWOK KWUN LEE | SUBPOENA<br><br>Case Number:   CR 00-00029 |

TO: Wong Sook Lan Lee
PMB XXX, Box XXXXX
Saipan, MP 96950

YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| U.S. Attorney's Office, 3rd Floor<br>Horiguchi Building, Garapan, MP | May 21, 2008 at 10:00 a.m. |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

SEE ATTACHED NOTICE OF INTENT TO TAKE THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

| PLACE | DATE AND TIME |
|---|---|
| | |

YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| [signature] Jessica Cruz, Attorney for Plaintiff | 3/7/08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
JESSICA F. CRUZ, Assistant U.S. Attorney    TEL 671-472-7332
MIKEL W. SCHWAB, Assistant U.S. Attorney
U.S. Attorney's Office, Sirena Plaza, Ste. 500, 108 Hernan Cortez Ave., Hagatna, GU 96910

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

1 If action is pending in district other than district of issuance, state district under case number.

ORIGINAL

**LEE_K.3dep**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 00-00029 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF INTENTION TO TAKE THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM |
| KWOK KWUN LEE, | ) | |
| Defendant. | ) | |

TO:   Wong Sook Lan Lee
      PMB XXX, Box XXXXX
      Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will, on May 21, 2008, take third party oral deposition of Wong Sook Lan Lee, in the above referenced case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 10:00 a.m. on May 21, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

1  Notice is hereby further given that at this deposition, Wong Sook Lan Lee, is hereby
2  required to produce all documents described in the accompanying Schedule A.
3  DATED, this 10th day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI


By:  /s/ Jessica F. Cruz
     JESSICA F. CRUZ
     Assistant U.S. Attorney
     Jessica.F.Cruz@usdoj.gov
     MIKEL W. SCHWAB
     Assistant U.S. Attorney
     mikel.schwab@usdoj.gov

- 2 -

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Kwok Kwun Lee and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Kwok Kwun Lee, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Kwok Kwun Lee, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Kwok Kwun Lee.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Kwok Kwun Lee in which you, joint with Kwok Kwun Lee, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Kwok Kwun Lee, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Kwok Kwun Lee, have an account of any kind.

8. Title to any motor vehicle jointly owned with Kwok Kwun Lee.

9. All life insurance policies held by you in which Kwok Kwun Lee is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Kwok Kwun Lee, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Kwok Kwun Lee or jointly with Kwok Kwun Lee, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Kwok Kwun Lee in any pension plan, retirement fund, or profit sharing plan.

**Perez, Michelle (USAGU)**

| | |
|---|---|
| From: | ecf-nmid@nmid.uscourts.gov |
| Sent: | Tuesday, March 11, 2008 11:13 AM |
| To: | ecf-nmid@nmid.uscourts.gov |
| Subject: | Activity in Case 1:00-cr-00029 United States of America v. Lee Notice (Other) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Northern Mariana Islands

### Notice of Electronic Filing

The following transaction was entered by Cruz, Jessica on 3/11/2008 at 11:13 AM GMT+10 and filed on 3/11/2008

**Case Name:**    United States of America v. Lee
**Case Number:**   1:00-cr-29
**Filer:**    United States of America
**Document Number:** 38

**Docket Text:**
NOTICE *of Intention to Take Third Party Oral Deposition with Subpoena Duces Tecum (Wong Sook Lan Lee)* by United States of America as to Kwok Kwun Lee (Cruz, Jessica)


**1:00-cr-29-1 Notice has been electronically mailed to:**

Gregory Baka    gbaka79@yahoo.com, castro.lynn@gmail.com, lynchesq@gmail.com, norypamintuan@yahoo.com, R__Anthony_Welch@hotmail.com, tenoriokc.cnmiago@yahoo.com

Jessica F. Cruz    Jessica.F.Cruz@usdoj.gov, marie.chenery@usdoj.gov, Michelle.Perez@usdoj.gov, mikel.schwab@usdoj.gov, usagu.docket@usdoj.gov

Marivic P. David    Marivic.David@usdoj.gov, Michelle.Perez@usdoj.gov

**1:00-cr-29-1 Notice will be delivered by other means to:**

Stephen J. Nutting
White Pierce Mailman & Nutting
P.O. Box 5222 CHRB
Saipan, MP 96950

1

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1107461626 [Date=3/11/2008] [FileNumber=29135-0]
[0e4ecd721dde4580bd6b866039eea052eb84315127ba4a6a065f1dcf0e597b00b5875
a8abdf6b1f65f56a81707843111e9f85c0e2dd02c0bd48945f006cb9ef6]]